FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 21, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CASCADIA PRODUCE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> RESTORATION COMMUNITY IMPACT; MARLANDO SPARKS; STEPHANIE SPARKS; AND JOHN/JANE DOES 1–5, <br><br> Defendants, <br><br> STATE OF WASHINGTON, WASHINGTON STATE DEPARTMENT OF AGRICULTURE, <br><br> Garnishee. | No. 2:24-MC-00045-SAB <br><br> **JUDGMENT ON ANSWER AND ORDER TO PAY** |

Before the Court is Plaintiff's Application for Judgment on Answer and Order to Pay Pursuant to Wash. Rev. Code § 6.27.250(1)(a). ECF No. 6.

Plaintiff notes Garnishee, the Washington State Department of Agriculture, was indebted to Defendant in the nonexempt amount of $16,300. At the time the Court ordered the Writ of Garnishment, ECF No. 4, Defendant was employed by or maintained a financial institution account with the Garnishee, or the Garnishee had in its possession or control funds, personal property, or effects of Defendant;

**JUDGMENT ON ANSWER AND ORDER TO PAY** ~ 1

and Plaintiff has incurred recoverable costs and attorney's fees of $396.50. The Judgment Summary is as follows:

| | |
|---|---|
| Judgment Creditor: | Cascadia Produce, LLC, |
| Garnishment Judgment Debtor (Garnishee): | Restoration Community Impact State of Washington / Washington Department of Agriculture |
| Garnishment Judgment Amount: | $16,300 |
| Costs Judgment Debtor (Defendant): | $n/a |
| Costs Judgment Amount (Costs and Attorneys' Fees): | $ 396.50 |
| Judgments to Bear Interest at: | 4.46% per annum, $1.9/day |
| Attorney for Judgment Creditor: | Tyson Calvert, WSBA No. 38908 |

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's Application for Judgment on Answer and Order to Pay Pursuant to Wash. Rev. Code § 6.27.250(1)(a), ECF No. 6, is **GRANTED**.

2. Plaintiff is awarded judgment against Garnishee in the amount of **$16,300**.

3. Plaintiff is awarded judgment against Defendant in the amount of **$396.50** for recoverable costs.

//
//
//
//
//
//
//

**JUDGMENT ON ANSWER AND ORDER TO PAY** ~ 2

4.  Garnishee **shall pay** its judgment amount to Plaintiff's attorney, in trust for Cascadia Produce, LLC, via check. Failure to pay its judgment amount may result in execution of the judgment, including garnishment.

**IT IS SO ORDERED**. The Clerk of Court is hereby directed to file this Order and provide copies to counsel.

**DATED** this 21st day of January 2025.



Stanley A. Bastian
Chief United States District Judge

**JUDGMENT ON ANSWER AND ORDER TO PAY** ~ 3