AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jan 21, 2025**

SEAN F. McAVOY, CLERK

CASCADIA PRODUCE, LLC
*Plaintiff*

RESTORATION COMMUNITY IMPACT; MARLANDO SPARKS; STEPHANIE SPARKS; AND JOHN/JANE DOES 1–5,
*Defendants*

STATE OF WASHINGTON, WASHINGTON STATE DEPARTMENT OF AGRICULTURE
*Garnishee*

Civil Action No. 2:24-MC-00045-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff is awarded judgment against Garnishee in the amount of $16,300.
Plaintiff is awarded judgment against Defendants in the amount of $396.50 for recoverable costs.
Judgments to Bear Interest at: 4.46% per annum, $1.9/day.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Stanley A. Bastian

Date: 1/21/2025

CLERK OF COURT

SEAN F. McAVOY

s/ Wendy Kirkham
*(By) Deputy Clerk*

Wendy Kirkham